12cr10223

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2012 JUL 30 P 3: 58

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| UNITED STATES OF AMERICA | ) CRIMINAL NO. |
| v. | ) VIOLATIONS: |
| JOHN M. WALKER, | ) 47 U.S.C. § 223 - |
| Defendant. | ) HARASSING TELEPHONE CALLS |

## INFORMATION

**(47 U.S.C. § 223 - Harassing Telephone Calls)**

The United States Attorney charges that:

On or about March 26, 2012, through April 4, 2012 at New Bedford, Massachusetts,

**John M. Walker,**

did knowingly and willfully use a telecommunication device in interstate communication to make repeated telephone calls during which communication ensued solely to harass an individual named M.E.G. at the called number.

All in violation of Title 47, United States Code, Section 223(a)(1)(E).

                                CARMEN M. ORTIZ
                                United States Attorney

             By:

                                /s/ Robert A. Fisher
                                ROBERT A. FISHER
                                Assistant U.S. Attorney

DATED: July 30, 2012